IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR117-047 |
| | ) | |
| TOMICA WILLINGHAM | ) | |

## ORDER

The defendant, Tomica Willingham, was sentenced by this court on May 10, 2018 and is now in the custody of the Bureau of Prisons. Surety, Roy Willingham, Jr., has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Roy Willingham, Jr. at 2466 Madrid Drive South, Augusta, Georgia 30906.

This 11th day of July, 2018 at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA